UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN D. DOYLE, JR., Regional Director of
Region 2 of the National Labor Relations
Board, for and on behalf of the National Labor
Relations Board,

                    Plaintiff,

         v.

COVENANT HOUSE NY,

                    Defendant.

No. 25-cv-3642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. No later than May 14, 2025, the parties shall submit a joint letter providing the following information: (1) a proposed briefing schedule on Plaintiff's petition for a preliminary injunction, Dkt. No. 1, and motion to try the petition on the basis of the administrative record, Dkt. No. 3; (2) the parties' positions as to whether an evidentiary hearing will be needed; and (3) proposed dates for any evidentiary hearing, if needed.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    May 7, 2025
           New York, New York

                                                       Ronnie Abrams
                                                       United States District Judge