UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN D. DOYLE, JR., *Regional Director of Region 2 of the National Labor Relations Board for and on behalf of the National Labor Relations Board*,

                                        Petitioner,

                        v.

COVENANT HOUSE NY,

                                        Respondent.

No. 25-cv-3642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Before the Court are (1) a motion filed by Petitioner John D. Doyle, Jr., the Regional Director of Region 2 of the National Labor Relations Board ("NLRB"), seeking to try the petition for preliminary injunction under Section 10(j) of the National Labor Relations Act ("NLRA") on the administrative record; and (2) a motion filed by Respondent Covenant House NY requesting limited discovery and an evidentiary hearing. In Respondent's brief, it asserts that "the record does not include any evidence from [it] on the questions of 'irreparable harm' and 'balancing of the hardships' and the 'public interest in injunctive relief," which are relevant to the Court's adjudication of the Section 10(j) petition. Dkt. No. 26 at 13. Respondent fails, however, to articulate in any detail what that evidence might be, nor how it would use discovery or an evidentiary hearing to develop it.

No later than June 25, 2025, Respondent shall file a letter specifying how it will use discovery and/or a hearing to procure evidence on irreparable harm, balancing of the hardships, and the public interest. In so doing, it shall specifically identify what evidence it will seek to

procure.  It shall also explain why it failed to introduce such evidence during the administrative proceeding.  *See* Dkt. No. 29 at 15 (stating that the administrative law judge granted Petitioner's request to introduce evidence about "irreparable harm and other injunctive criteria" during the proceeding).  Petitioner may file a letter in response by June 27, 2025.

SO ORDERED.

Dated:      June 20, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge