Allen M. Rose (AMR1845)
Counsel for Petitioner
National Labor Relations Board, Region 2
26 Federal Plaza, Room 41-120
New York, NY 10278
allen.rose@nlrb.gov
(212) 776-8616

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN D. DOYLE, JR., *Regional Director of Region 2 of the National Labor Relations Board for and on behalf of the National Labor Relations Board*,

Petitioner,

v.

COVENANT HOUSE NY,

Respondent; and

DON T. CARMODY,

Additional Respondent in Contempt.

No. 25-cv-3642 (RA)

**PETITIONER'S MOTION TO EXCEED WORD LIMITATION**

Petitioner John D. Doyle, Jr., Regional Director for Region 2 of the National Labor Relations Board (Board), submits this Motion to Exceed Word Limitation for Petitioner's Memorandum of Points and Authorities in Support of Motion for Adjudication and Order in Civil Contempt and for Compensatory Relief.

Petitioner moves for this extension for the following reasons. Petitioner seeks to prove, by a clear and convincing standard, that, since the pendency of this Court's Injunction Order on

September 5, 2025, through August 4, 2026, Respondent and Additional Respondent in Contempt were in contempt because they engaged in, among other things, bad-faith bargaining. The Board and federal courts require that bad-faith bargaining in this context be proved by an examination of the "totality of the circumstances." *NLRB v. Suffield Acad.*, 322 F.3d 196, 198 (2d Cir. 2003). The circumstances to be examined here span a period of over ten months after issuance of the Injunction Order on September 5, 2025, and the facts derive from 19 collective-bargaining sessions, numerous emails among the parties, and other documents related to bargaining. It is necessary for Petitioner, as part of its burden and as a matter of legal analysis, to examine each bargaining session, the communications between the bargaining parties, and bargaining-related documents in order to set forth the full weight of evidence in support of the Motion.

For these reasons, Petitioner requests to extend the 8,750 word limit set forth in Local Civil Rule 7.1 to accommodate the Memorandum also submitted on this date, which is 22,964 words.

Dated at New York, New York
This 24th day of August 2026

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 25, 2026

Respectfully submitted,

Allen M. Rose
Counsel for Petitioner
National Labor Relations Board
26 Federal Plaza, Suite 41-120
New York, NY 10278
allen.rose@nlrb.gov
(212) 776-8616