UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN D. DOYLE, JR., *Regional Director of Region 2 of the National Labor Relations Board for and on behalf of the National Labor Relations Board*,

Petitioner,

v.

COVENANT HOUSE NY,

Respondent; and

DON T. CARMODY,

Additional Respondent in Contempt.

25-CV-3642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 24, 2026, Petitioner John D. Doyle, Jr., for and on behalf of the National Labor Relations Board, filed a motion "to adjudicate Respondent Covenant House NY . . . and Additional Respondent in Contempt Don T. Carmody" (together, "Respondents") "in civil contempt of this Court for having violated and disobeyed the Order Granting Interim Relief issued by this Court on September 5, 2025 . . . until its termination on August 5, 2026, and to grant compensatory relief." Dkt. 61 at 1–2. That motion further requested that the Court direct Covenant House NY and Carmody "to file with the Court and serve upon Petitioner, by a date certain, a response to this Motion, specifically admitting or denying, or meeting by affirmative defense, each and every allegation of this Motion, and to file with the Court and serve upon Petitioner, by a fixed date, counter affidavits or declarations in support of any such denial or affirmative defenses." *Id.* at 8.

Respondents shall answer the allegations in Petitioner's motion, as well as respond to the legal arguments raised in Petitioner's Memorandum of Points and Authorities in support of that

motion, by September 11, 2026. Respondents shall also file any affidavits or declarations in support of their papers by the same date. Petitioner may file any reply by September 18, 2026.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Ronnie Abrams
United States District Judge