Kaitlin Kaseta Lammers
Counsel for Covenant House NY
17 Mountain Terrace Road
West Hartford, CT 06107
kkaseta@carmodykaseta.com
(860) 307-3223

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN D. DOYLE, JR.<br>Regional Director of Region 2<br>Of the National Labor Relations Board<br>For and on behalf of the<br>National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>COVENANT HOUSE NY,<br><br>Respondent,<br><br>And<br><br>DON T. CARMODY,<br><br>Additional Respondent<br>In Contempt | Civil No. 25-cv-3642 (RA) |

**RESPONDENT COVENANT HOUSE NY'S MOTION TO DISMISS;**
**OR MOTION TO STAY PROCEEDINGS;**
**OR MOTION FOR EXPEDITED DISCOVERY AND AN EVIDENTIARY HEARING**

By and through the Undersigned Counsel, for the reasons set forth in Respondent Covenant House NY's Memorandum in Support of Respondent's Motion to Dismiss; or Motion to Stay; or Motion For Expedited Discovery and an Evidentiary Hearing, Respondent respectfully moves this Court to dismiss Petitioner's Motion for Contempt pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(h)(3) and 12(i). Alternatively, Respondent respectfully moves this Court to stay the contemplated contempt proceedings under the Court's inherent authority to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants. Landis v. North American Co., 299 U.S. 248, 254 (1933). Alternatively, Respondent respectfully moves this Court for an Order establishing an expedited discovery schedule and scheduling an evidentiary hearing to take oral evidence on Petitioner's claims pursuant to Federal Rules of Civil Procedure 26(b)(1) and 43(c) and Southern District of New York Local Rule 83.6(b); and granting such other and further relief as the Court deems just and proper.

Dated at West Hartford, CT
September 2, 2026

Respectfully Submitted,

Kaitlin Kaseta Lammers
______________________________

Kaitlin Kaseta Lammers
Counsel for Covenant House NY
17 Mountain Terrace Road
West Hartford, CT 06107
kkaseta@carmodykaseta.com
(860) 307-3223